# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RISHEENBHAI PATEL and KOMALBEN
PATEL,

        **Plaintiffs,**

v.                                                   **Case No: 6:15-cv-198-Orl-28DAB**

GOLDSPOT STORES, LLC and
SHITALBEN PATEL,

        **Defendants.**

_____

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion to Dismiss Defendants' Counterclaim (Doc. No. 18). The United States Magistrate Judge has submitted a report recommending that the motion be granted. (Doc. No. 20).

After an independent *de novo* review of the record in this matter, and noting that no objections have been filed to the Report and Recommendation, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed May 1, 2015 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Plaintiffs' Motion to Dismiss Defendants' Counterclaim (Doc. No. 18) is **GRANTED**.

3.    Defendants' Counterclaim is **DISMISSED** without prejudice to pursuit of the misappropriation claims, if desired, in the appropriate state forum.

**DONE** and **ORDERED** in Orlando, Florida, on May 2͞5, 2015.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record